UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISREAL SERRANO,<br><br>          Plaintiff,<br><br>     v.<br><br>NAVDEEP NAGRA, ET. AL.,<br><br>          Defendants. | Case No. 20-cv-00882-DAD-HBK<br><br>**ORDER OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**(ECF 12)** |

On November 30, 2020, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action," (ECF No. 12). Plaintiff requests to dismiss this action under Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice, because the parties have settled the matter. Defendants have not filed either an answer or a motion for summary judgment. Accordingly, based upon Plaintiff's Notice, this case is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.


Dated:    December 2, 2020                                   /s/ Helena M. Barch-Kuchta
                                                                              HELENA M. BARCH-KUCHTA
                                                                              UNITED STATES MAGISTRATE JUDGE

1